IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01240-WYD-MJW

DIANNE THOMAS;
ANNETTE THOMPSON;
ANGELA BUENO, individually and on behalf of all heirs as the surviving daughters of
JOSIE BUENO, decedent,

Plaintiff(s),

v.

PEAK MEDICAL OF COLORADO, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Confidentiality Stipulation and Protective Order (docket no. 14) is GRANTED finding good cause shown. The written Confidentiality Stipulation and Protective Order (docket no. 14-1) is APPROVED as amended in paragraph 16 and as amended on page 9 and made an Order of Court.

Date: August 29, 2011