IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01240-WYD-MJW

DIANNE THOMAS;
ANNETTE THOMPSON;
ANGELA BUENO, individually and on behalf of all heirs as the surviving daughters of
JOSIE BUENO, decedent,

      Plaintiffs,

v.

PEAK MEDICAL OF COLORADO, LLC, a Delaware corporation d/b/a
ELMS HAVEN CARE AND REHABILITATION CENTER,

      Defendant(s).

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulated Motion To Dismiss [ECF No. 23], filed on October 29, 2012.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulated Motion To Dismiss [ECF No. 23] is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**. Each party bears its own attorney fees and costs.

DATED:  November 8, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel,
Chief U.S. District Judge